UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 10143
    CRYSTAL T PALMER WHITE
                                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY

            Debtor
    SSN XXX-XX-6665

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 06/06/2007 and was not confirmed.

    The case was dismissed without confirmation 11/01/2007.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| MONTEREY FINANCIAL | SECURED | 1700.00 | .00 | .00 |
| MONTEREY FINANCIAL | UNSECURED | 1578.56 | .00 | .00 |
| ILLINOIS DEPT OF REVENUE | PRIORITY | 770.86 | .00 | .00 |
| DISH NETWORK | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | 4752.50 | .00 | .00 |
| VILLAGE RADIOLOGY LTD | UNSECURED | NOT FILED | .00 | .00 |
| GREATER CHICAGO FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 792.10 | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 5.44 | .00 | .00 |
| MEDICAL BUSINESS BUREAU | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL COLLECTION SYSTE | UNSECURED | NOT FILED | .00 | .00 |
| RICKENBACKER | UNSECURED | NOT FILED | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 424.83 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 794.31 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 465.62 | .00 | .00 |
| ILLINOIS DEPT OF REV | UNSECURED | 1374.63 | .00 | .00 |
| ROBERT J SEMRAD & ASSOC | DEBTOR ATTY | 613.80 | | 574.52 |
| TOM VAUGHN | TRUSTEE | | | 39.28 |
| DEBTOR REFUND | REFUND | | | 99.70 |

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  713.50

PRIORITY                                        .00
SECURED                                         .00
UNSECURED                                       .00
ADMINISTRATIVE                               574.52
TRUSTEE COMPENSATION                          39.28
DEBTOR REFUND                                 99.70
                    ---------------     ---------------
TOTALS                  713.50              713.50

                    PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 07 B 10143 CRYSTAL T PALMER WHITE

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 02/27/08

/s/ Tom Vaughn
_____

TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE  2
CASE NO. 07 B 10143 CRYSTAL T PALMER WHITE